IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:22-cr-32 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| JESUS ALFONSO RUIZ, | ) | T. 21 U.S.C. § 841(a)(1) |
| | ) | T. 21 U.S.C. § 841(b)(1)(A) |
| | ) | T. 21 U.S.C. § 841(b)(1)(C) |
| Defendant. | ) | T. 21 U.S.C. § 841(b)(1)(D) |
| | ) | T. 21 U.S.C. § 846 |
| | ) | T. 21 U.S.C. § 851 |

RECEIVED APR 13 2022 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF IOWA

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Conspiracy to Distribute Controlled Substances)**

From a date unknown to the grand jury, but by November of 2019, and continuing until November 30, 2021, in the Southern District of Iowa, and elsewhere, the defendant, JESUS ALFONSO RUIZ, conspired with other persons known and unknown to the Grand Jury to knowingly and intentionally manufacture, distribute, and possess with intent to distribute controlled substances, namely: 50 grams or more of methamphetamine and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, and cocaine, Schedule II controlled substances, and less than 50 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), (b)(1)(C), and (b)(1)(D).

This is a violation of Title 21, United States Code, Section 846.

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 2</u>
**(Distribution of a Controlled Substance)**

On or about May 28, 2021, in the Southern District of Iowa, the defendant, JESUS ALFONSO RUIZ, knowingly and intentionally possessed a controlled substance, namely: 50 grams and more of methamphetamine, a Schedule II controlled substance, with the intent to distribute it.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

**THE GRAND JURY FINDS:**

<u>**PRIOR CONVICTIONS**</u>

Prior to the commission of the offenses charged in Counts 1 and 2 of this Indictment, the defendant, JESUS ALFONSO RUIZ, was convicted on or about February 6, 2009 of two counts of Delivery of a controlled substance in violation of Iowa Code § 124.401(1)(C)(2)(B) in the Iowa District Court for Muscatine County, Case No. FECR039646, serious drug felonies, for which the defendant served more than 12 months of imprisonment and in which the defendant was released from any term of imprisonment within 15 years of the commencement of the instant offenses.

This is pursuant to Title 21, United States Code, Section 851.

THE GRAND JURY FINDS:

## PRIOR CONVICTIONS

Prior to the commission of the offenses charged in Counts 1 and 2 of this Indictment, the defendant, JESUS ALFONSO RUIZ, was convicted on or about November 25, 2015 of Cannabis Trafficking and Manufacture/Delivery of Cannabis in violation of 720 ILCS 550/5.1 and 720 ILCS 550/5, respectively, in the Illinois Circuit Court for Rock Island County, Case No. 2013CF943, serious drug felonies, for which the defendant served more than 12 months of imprisonment and in which the defendant was released from any term of imprisonment within 15 years of the commencement of the instant offenses.

This is pursuant to Title 21, United States Code, Section 851.

A TRUE BILL.

                                                                                                        _____
                                                                                                        FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Clifford R. Cronk III
Assistant United States Attorney