## United States District Court for the Southern District of Iowa

Presiding: Honorable
Criminal No.                                             :   Clerk's Court Minutes –

_____

United States of America vs.
_____

Gov. Atty(s):                            :   Indictment    Superseding Indictment    Information
Def. Atty(s):                            :   Complaint    Warrant    Summons
Def. Appears:   In Person    Video Conference :   Code Violation/Offense:
    All Parties Consent to Video Proceeding :
Court Reporter:                          :
Interpreter:                             :
    Interpreter Sworn
_____

Date:

Initial Appearance Start Time:        Arraignment Start Time:        End Time:
_____

### Initial Appearance

  Advised of Rights                                  :   Appointed/Previously Appointed FPD
  Advised of Consular Notification Rights            :   Appointed/Previously Appointed CJA Counsel
Requesting Consular Notification    Yes    No :   Retained Counsel
  Rule 5 Admonition Given                            :

_____

### Arraignment

Trial Scheduled for:                     :   Advised of Charges/Maximum Penalties
Rule 16 Material due:                    :   Indicted in True Name
Reciprocal Discovery due:                :     True Name:
Pretrial Motions due:                    :   Reading of Indictment Waived
Plea Notification Deadline:              :   Plea of Not Guilty Accepted as to Ct(s):
Plea Entry Deadline:                     :   Denied 2 prior notices of conviction
Status/Scheduling Conference (Counsel Only):   Defendant advised that failure to enter a plea by deadline
                                      :   may negatively impact consideration and finding regarding
                                          reduction in offense level based upon Acceptance of
                                          Responsibility pursuant to USSG.
_____

### Custody Status

  Government Moved for Detention            :
  Defendant Waived Preliminary Examination  :   Detention Hearing Set:
  Defendant Waived Detention Hearing        :   Before:
                                                 :   Courthouse:                      Room:
Court Ordered Defendant:                   :   Revocation Hearing Set:
  Released on Bond                          :   Before:
  Detained                                      Courthouse:                      Room:
_____

                                                           _____
                                                           Deputy Clerk