IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL NO. 3:22-cr-32 |
| Plaintiff, | ) | |
| | ) | <u>UNRESISTED</u> |
| vs. | ) | MOTION TO CONTINUE |
| | ) | DETENTION HEARING |
| | ) | |
| JESUS ALFONSO RUIZ, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Jesus Alfonso Ruiz, through counsel, and in support of his Motion to Continue Detention Hearing, states as follows:

1. An initial appearance in this matter was held on July 28, 2023. The detention hearing is currently scheduled for August 1, 2023, at 2:00 p.m.

2. Additional time is needed to complete preparation for the detention hearing and to develop a proposed release plan.

3. Defense counsel requests a continuance of the detention hearing to the week of August 7, 2023.

4. Assistant United States Attorney Clifford R. Cronk has indicated that the government does not resist this request for a continuance.

WHEREFORE, Defendant Jesus Alfonso Ruiz respectfully requests that his detention hearing be continued as outlined above.

Respectfully submitted,

FEDERAL DEFENDER'S OFFICE
CBI Bank & Trust Building
101 W. 2nd Street, Suite 401
Davenport, Iowa 52801-1815
TELEPHONE:  (563) 322-8931
TELEFAX:  (563) 383-0052
EMAIL: terry_mcatee@fd.org

By: /s/*Terence McAtee*
     **Terence McAtee**
     Assistant Federal Defender
     ATTORNEY FOR DEFENDANT

cc:  Clifford R. Cronk, AUSA

CERTIFICATE OF SERVICE
I hereby certify that on August 1, 2023, I electronically
filed this document with the Clerk of Court using the ECF system
which will serve it on the appropriate parties.
     /s/