UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 3:22-cr-32 |
| Plaintiff, ) | |
| ) | MOTION TO WITHDRAW AS COUNSEL |
| vs. ) | DUE TO CONFLICT OF INTEREST |
| ) | |
| JESUS ALFONSO RUIZ, ) | |
| ) | |
| Defendant. ) | |

COMES NOW Terence McAtee of the Federal Defender's Office and respectfully requests the court's permission to withdraw as attorney for defendant Jesus Alfonso Ruiz, because of a conflict of interest. It is undersigned counsel's position that the conflict involved mandatorily necessitates withdrawal, based on the nature of conflict presented. Counsel requests a CJA panel attorney be appointed to represent said defendant in this case.

A detention hearing in this matter is scheduled for August 9, 2023, at 2:45 p.m. Trial is currently scheduled for August 28, 2023.

FEDERAL DEFENDER'S OFFICE
CBI Bank & Trust Building
101 W. 2nd Street, Suite 401
Davenport, Iowa 52801-1815
TELEPHONE: (563) 322-8931
TELEFAX: (563) 383-0052
EMAIL: terry_mcatee@fd.org

By: /s/ *Terence McAtee*
    **Terence McAtee**
    Assistant Federal Defender
    ATTORNEY FOR DEFENDANT

cc: Clifford R. Cronk, AUSA

CERTIFICATE OF SERVICE
I hereby certify that on August 9, 2023, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.
/s/