IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, Plaintiff, vs. JESUS ALFONSO RUIZ, Defendant. | No. 3:22-CR-00032 <br><br> MOTION TO CONTINUE **UNRESISTED** |
|---|---|

Defendant, by and through their attorney, moves this Court to continue the Trial currently scheduled in this case for a period of 60 days. And extend plea entry and pretrial motions deadlines 60 days. In support hereof Defendant states:

1. Trial in this matter is scheduled for August 28, 2023. Plea entry deadline was August 14 and plea notification was August 7, 2023. Pretrial motions deadline was also August 7, 2023.

2. The undersigned was appointed on August 10, 2023.

3. The undersigned needs additional time to review discovery, meet with client, negotiate, and potentially prepare for trial.

4. Assistant United States Attorney Cliff Cronk has been fully informed of this situation and does not resist this Motion for Continuance.

5. The Defendant has been fully informed of his right to speedy trial and the effect of granting this motion. He understands that any delay caused by the

granting of this motion is excluded by statute from speedy trial calculations. Being fully informed the Defendant requests the Court grant this motion.

6. This is a the first continuance or extension.

7. Granting this motion will avoid a potential miscarriage of justice.

8. Any delay caused by the granting of this motion should be excluded for the purposes of speedy trial calculation.

9. Granting this motion will prejudice neither party.

10. The Court should grant this motion continuing trial and extending plea and pretrial motion deadlines because it furthers the ends of Justice.

WHEREFORE, Defendant moves this Court to continue the trial, plea notification, plea entry, and pretrial motions deadline for a period of 60 days.

| | |
|---|---|
| **The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the attorneys of record of all of the parties, or upon pro se parties, to the above-entitled cause by:**<br><br>_ U.S. Mail Fax _Hand Delivered _Overnight Courier **X** CM-ECF<br><br>___/s/ Charles Paul___ (Date) **8/17/2023** | Respectfully submitted,<br>*/s/ Charles D. Paul*<br>Charles D. Paul, AT0014293<br>Nidey Erdahl Meier & Araguás PLC<br>425 2nd Street SE, Suite 1000<br>Cedar Rapids, IA 52401<br>P: (319) 369-0000<br>F: (319) 369-6972<br>cpaul@eiowalaw.com<br>**ATTORNEY FOR DEFENDANT** |

cc: Assistant United States Attorney