IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>JESUS ALFONSO RUIZ<br><br>Defendant. | No. 3:22-CR-00032<br><br><br>MOTION TO EXTEND<br>NONTRIAL RELATED DEADLINES<br>**(UNRESISTED)** |

COMES NOW, Defendant, Jesus Ruiz, through his attorney, Charles D. Paul, moves this Court to continue the non-trial deadlines in this case for a period of 14 days. In support hereof Defendant states:

1. Non-trial deadlines in this matter are set for October 30th, 2023.

2. Defense counsel is out of the office until at least November 2nd due to illness.

3. Counsel is awaiting additional discovery and a plea offer.

4. There is a likelihood of a non-trial motion being filed in this matter.

5. Assistant United States Attorneys Clifford Cronk and Matthew Stone have been fully informed of this situation and does not resist this Motion for Continuance.

6. Any delay caused by the granting of this motion should be excluded for the purposes of speedy trial calculation.

7. The Defendant has been informed that any delay attributable to granting this motion will exclude for purposes of speedy trial calculation.

8. Granting this motion will prejudice neither party.

9. Granting this motion will further the interests of justice and judicial efficiency.

10. The Court should grant this motion continuing non-trial deadlines in this case.

WHEREFORE, Defendant, Jesus Ruiz, respectfully moves this Court to continue the non-trial deadlines for a period of 14 days.

| | |
|---|---|
| **The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the attorneys of record of all of the parties, or upon pro se parties, to the above-entitled cause by:**<br><br>_ U.S. Mail Fax _Hand Delivered _Overnight Courier<br>**X CM-ECF**<br><br>__/s/ Sara Boren__ (Date) **10/30/2023** | Respectfully submitted,<br>*/s/ Charles D. Paul*<br>Charles D. Paul, AT0014293<br>Nidey Erdahl Meier & Araguás PLC<br>425 2nd Street SE, Suite 1000<br>Cedar Rapids, IA 52401<br>P: (319) 369-0000<br>F: (319) 369-6972<br>cpaul@eiowalaw.com<br>**ATTORNEY FOR DEFENDANT** |

cc: Assistant United States Attorney