IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA<br><br>  Plaintiff,<br><br>vs.<br><br>JESUS ALFONSO RUIZ<br><br>  Defendant. | No. 3:22-CR-00032<br><br><br><br>MOTION TO CONTINUE<br>**(UNRESISTED)** |
|---|---|

COMES NOW, Defendant, through his attorney, Charles D. Paul, moves this Court to extend the pre-trial motion deadlines for a period of fourteen (14) days, the current deadline is currently set for January 29, 2024.  In support hereof Defendant states:

1. Trial is currently scheduled for March 4, 2024 and pre-trial motion deadline is currently set for January 29, 2024.

2. The parties are engaged in plea negotiations and the defense received a plea offer on January 11, 2024.

3. The undersigned attorney has only been able to meet with the defendant once since this plea offer was received due to counsel being in trial in the Northern District of Iowa.

4. The defense requests a short extension of the pre-trial motions deadline so that counsel can meet with the defendant to discuss the plea offer.

5. Further, the defense is currently looking into a possible stipulation to a pre-trial issue.

6. The parties are in informal discussions regarding potential pre-trial and discovery issues and request further time to potentially resolve these issues informally.

7. Assistant United States Attorney Matthew Stone has been fully informed of this situation and does not resist this Motion for Continuance.

8. The Defendant being so informed requests the Court grant his motion.

9. Counsel has previously continued trial but is asking to only move the pretrial motion deadlines 14 days.

WHEREFORE, Defendant respectfully moves this Court to extend the pre-trial motions deadlines for fourteen (14) days.

| The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the attorneys of record of all of the parties, or upon pro se parties, to the above-entitled cause by:<br><br>_ U.S. Mail Fax _Hand Delivered _Overnight Courier **X** CM-ECF<br><br>__/s/ S.Boren__ (Date) **1/24/2024** | Respectfully submitted,<br>*/s/ Charles D. Paul*<br>Charles D. Paul, AT0014293<br>Nidey Erdahl Meier & Araguás PLC<br>425 2nd Street SE, Suite 1000<br>Cedar Rapids, IA 52401<br>P: (319) 369-0000<br>F: (319) 369-6972<br>cpaul@eiowalaw.com<br>**ATTORNEY FOR DEFENDANT** |
|---|---|

cc: Assistant United States Attorney